AO 91 (Rev. 5/85) Criminal Complaint

**SEALED**

United States District Court

FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 23 2009

OFFICE OF THE CLERK

UNITED STATES OF AMERICA
V.

ANDREW J. PARKER

**CRIMINAL COMPLAINT**

CASE NUMBER: 8:09MJ261

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 1, 2009, in the District of ___Nebraska___ defendant, ANDREW J. PARKER, did escape from the facility in which he was confined, Western Correctional Alternatives, Hastings, Nebraska, by order of the United States District Court for the District of Nebraska.

in violation of Title 18, United States Code, Section 751.

I further state that I am a _Deputy United States Marshal_ and that this complaint is based on the following facts:
Official Title

　　See attached Affidavit.

Continued on the attached sheet and made a part hereof.   [X] Yes  [ ] No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

December  23 , 2009    at Omaha, Nebraska
Date                                           City and State

THOMAS D. THALKEN, U.S. Magistrate Judge     _____
Name and Title of Judicial Officer                       Signature of Judicial Officer

## AFFIDAVIT

I, William Iverson, being duly sworn, depose and state the following:

1. Your affiant is currently employed as a Deputy United States Marshal, Criminal Investigator assigned to the Omaha, Nebraska office. One of my responsibilities is to investigate crimes involving individuals who have escaped custody, a violation of Title 18, United States Code, Section 751(a).

2. Andrew J. PARKER was convicted in the District of Nebraska for violations of Title 21, Untied States Code, Section 841(a)(1) on June 26, 2007, by the Honorable Judge Lyle E. Strom.

3. A Judgement and Commitment Order was signed on or about August 1, 2007, committing PARKER to the custody of the Federal Bureau of Prisons for a period of 48 months.

4. On or about July 8, 2009, the Federal Bureau of Prisons assigned PARKER to custody at a federal halfway house located in Hastings, Nebraska. He was not scheduled to be released by the Bureau of Prisons until on or about January 3, 2010.

5. On or about October 1, 2009, PARKER was allowed to leave the federal halfway house for work release purposes and was scheduled to return to the halfway house by 8:00 p.m. that same day.   6. A check of his employment revealed that PARKER did not report to work on October 1, 2009. Additionally, PARKER did not return to the Bureau of Prisons halfway house by the scheduled 8:00 p.m. deadline.

7. PARKER's whereabouts are currently unknown and he has not been heard from since before his October 1, 2009, departure from the halfway house in Hastings, Nebraska.

Your affiant believes, based on the foregoing, that there is probably cause to believe that Andrew J. PARKER, has violated Title 18, United States Code, Section 751(a) by escaping from the custody of the Federal Bureau of Prisons.

WILLIAM IVERSON, DEPUTY
UNTIED STATES MARSHAL SERVICE

Subscribed and sworn to before me this 23rd day of December, 2009.

THOMAS D. THALKEN
United States Magistrate Judge