MEMORANDUM

TO:        CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FROM:     AUSA    FREDERICK D. FRANKLIN
            U.S. ATTORNEY'S OFFICE
            DISTRICT OF NEBRASKA

RE:        UNSEALING OF CRIMINAL COMPLAINT IN 8:09MJ261

DATE:     December 29, 2009

     Be advised that defendant, ANDREW PARKER, named in the Complaint listed above are now in custody or have been released pending trial. You may now unseal the criminal indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).